IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. _21-MJ-22STE_____ |
| | ) | |
| PATIENCE S. RHODES, | ) | Violation: 21 U.S.C. § 844 |
| | ) | |
| Defendant. | ) | |

## I N F O R M A T I O N

The United States Attorney charges:

On or about September 23, 2020, in Comanche County, in the Western District of

Oklahoma,

---------------------------------- PATIENCE S. RHODES ----------------------------------------

knowingly and intentionally possessed two controlled substances without valid

prescriptions, to-wit: methamphetamine and marijuana.

All in violation of Title 21, United States Code, Section 844.


TIMOTHY J. DOWNING
United States Attorney

*Jessica L. Cárdenas*

JESSICA L. CÁRDENAS
Assistant U.S. Attorney